**Order entered January 17, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01181-CR**
**No. 05-22-01182-CR**

**DEVYN KENARD COLEMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F21-57668, F21-76301**

**ORDER**

The clerk's records and reporter's records for these cases are overdue. Review of the Dallas County Clerk's website shows appellant requested the clerk's and reporter's records on November 1, 2022. The clerk's and reporter's records were originally due December 4, 2022. On December 8, 2022, this Court notified Sharina Fowler, court reporter, and Dallas County District Clerk, Felicia Pitre, by postcard that the records were overdue and directed them to file the clerk's records

and reporter's records by January 9, 2023.  As of the date of this order, the clerk's records and reporter's records have not been filed.

We **ORDER** Felicia Pitre, Dallas County District Clerk, to file the clerk's records for these cases by **FEBRUARY 8, 2023**.

We **ORDER** Sharina Fowler, court reporter, to file the reporter's records for these cases by **FEBRUARY 8, 2023**.

We **DIRECT** the Clerk to send copies of this order to Sharina Fowler, court reporter; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/    ERIN A. NOWELL
       JUSTICE